Noel Grefenson
Attorney at Law
1415 Liberty Street South
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

Counsel for Defendant Pius Hanson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No.: 3:23-cr-00051-RRB-KFR |
|---|---|
| Plaintiff, | RIGHT TO SPEEDY TRIAL ACT/ FIRST STEP ACT ACKNOWLEDGEMENT AND WAIVER |
| vs. | |
| PIUS HANSON, | |
| Defendant | |

I, Pius Hanson, the above named defendant, understand that I have a right to a trial in this matter within seventy (70) days from my arraignment on the indictment which occurred on December 5, 2023. I also understand that I can agree to certain exclusions from this 70-day period. In order to allow my attorney, Noel Grefenson, a reasonable period of time necessary for effective preparation and representation including: reviewing the discovery and evidence in my case, conducting an independent investigation, researching potential pre-trial motions, evaluating options for pre-trial resolution (plea bargain), and/or preparing for trial in the event a pre-trial resolution does not occur, I agree that an initial exclusion of time should occur between December 5, 2023, and the trial scheduling conference for my case which is scheduled for January 22, 2024. Therefore, I agree that the period from December 5, 2023, through the date of my Trial Scheduling Conference of January 22, 2024, should be excluded from the seventy (70)

1- RIGHT TO SPEEDY TRIAL ACT/ FIRST STEP ACT ACKNOWLEDGEMENT AND WAIVER

Noel Grefenson
Attorney at Law
1415 Liberty Street South
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

Case 3:23-cr-00051-RRB-KFR   Document 307   Filed 01/08/24   Page 1 of 2

day speedy trial calculation. This will allow the United States time to provide discovery to my attorney, my attorney to review it and discuss it with me, my attorney to review possible defenses with me, and my attorney to advise me of potential courses of action. This will also permit my attorney to be prepared to advise the court about the status of the case at the Trial Scheduling Conference at which the Court will address any further possible speedy trial issues.

Dated: December 21, 2023.

/s/ Pius Hanson
Pius Hanson - Defendant

2- RIGHT TO SPEEDY TRIAL ACT/ FIRST STEP ACT ACKNOWLEDGEMENT AND WAIVER

Noel Grefenson
Attorney at Law
1415 Liberty Street South
Salem, Oregon 97302
(503) 371-1700
NGrefenson@aol.com

Case 3:23-cr-00051-RRB-KFR   Document 307   Filed 01/08/24   Page 2 of 2